IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02887-ZLW

MONTY HARMON,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

## ORDER DENYING MOTIONS TO RECONSIDER

Plaintiff, Monty Harmon, filed letters to the Court **pro se** on May 17, 2010, and June 18, 2010. The Court must construe the letters liberally because Mr. Harmon is proceeding **pro se**. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the letters will be treated as motions to reconsider, and the motions to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Harmon filed the motions to reconsider more than twenty-eight days after the Order of Dismissal and the Judgment were entered in the instant action

on January 19, 2010. The Court, therefore, finds that the motions to reconsider are filed pursuant to Rule 60(b). **See** Fed. R. Civ. P. 60(b); *see also* Fed. R. Civ. P. 59(e).

The instant action was dismissed without prejudice on January 19, 2010 for Mr. Harmon's failure, within the time allowed, to cure the deficiencies designated in the December 10, 2009 order to cure and for his failure to prosecute. Mr. Harmon fails to address the reasons for the dismissal and fails to demonstrate that reinstatement is deserved because extraordinary circumstances exist, *see Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994), as required under Fed. R. Civ. P. 60(b). Upon consideration of the motions to reconsider and the entire file, the Court concludes that Mr. Harmon fails to demonstrate any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action.

Accordingly, it is

ORDERED that the letters that Plaintiff, Monty Harmon, filed *pro se* on May 17, 2010 and June 18, 2010, and which the Court has construed liberally as motions pursuant to Fed. R. Civ. P. 60(b), are denied.

DATED at Denver, Colorado, this  29th   day of   June  , 2010.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court